640

*Robert O. Kleefeld* and *Richard Netter* for appellant.

*James A. Fowler, Jr.,* and *Asa D. Sokolow* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ. Taking no part: VAN VOORHIS, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LOUIS VENOSA, Appellant, against ROBERT E. MURPHY, as Warden of Auburn State Prison, Respondent.

Argued October 20, 1953; decided November 25, 1953.

*Joseph F. Crecca* for appellant.

*Nathaniel L. Goldstein, Attorney-General* (*William S. Elder, Jr., Wendell P. Brown* and *Herman N. Harcourt* of counsel), for respondent.

Order affirmed; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.